MJU/SEA    F-4625

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HELEN HAYHURST, ) | | |
| Plaintiff, ) | | |
| vs. ) | Court No.: | 14 CV 2196 |
| ) | | |
| 303 TAXI, LLC and JAROSLAVAS BIELIAUSKAS, ) | | |
| Individually and as an Agent of 303 TAXI, LLC, ) | | |
| ) | | |
| Defendants. ) | | |

### NOTICE OF FILING

TO:   Joel F. Handler Attorney At Law, One East Wacker Drive, Suite 510, Chicago, IL 60601

Please take notice that on **December 11, 2014,** at **9:30 a.m.**, Urgo & Nugent, Ltd. filed with the clerk of the United States District Court for the Northern District of Illinois **Defendant 303 TAXI, LLC's Motion for Summary Judgment** with **Statement of Undisputed Facts**.

URGO & NUGENT, LTD.                    Attorney for Defendant
2 N. LaSalle St., Suite 1800           Attorney No.: 47857
Chicago, Illinois 60602                Telephone:    (312) 263-6635

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, being first duly sworn upon oath, deposes and states that she served a copy of the foregoing document via mail to the above-named by enclosing copies and depositing it in the United States mail chute located at 2 N. LaSalle Street, Chicago, IL 60602, on or before 5 p.m. on the 12 day of December, 2014.

_____
Bianca Prado

{X}   Under penalties as provided by law to ILL.REV.STAT.CHAP. 110-SEC 1-109, I certify that the statements set forth herein are true and correct.