UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Helen Hayhurst
                                        Plaintiff,

v.                                                         Case No.: 1:14–cv–02196
                                                          Honorable Ronald A. Guzman

303 TAXI, LLC, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 4/13/2015. Motion by Plaintiffs in Interpleader, STARNET INSURANCE COMPANY, BERKLEY RISK ADMINISTRATES COMPANY, LLC, YORK RISK SERVICES GROUP,INC., 303 TAXI, LLC and JAROSLAVAS BIELIAUSKAS to amend the Complaint in Interpleader on its face to include 303 TAXI, LLC and JAROSLAVAS BIELIAUSKAS as Plaintiffs in Interpleader [41] and motion by Plaintiff Helen Hayhurst to dismiss [44] are granted as stated in open court. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.