**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HELEN HAYHURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No. 14 CV 2196 |
| | ) | |
| 303 TAXI, LLC and JAROSLAVAS BIELIAUSKAS, Individually and as agent of 303 TAXI, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STARNET INSURANCE COMPANY, BERKLEY RISK ADMINISTRATES COMPANY, LLC, and YORK RISK SERVICES GROUP, INC., | ) ) ) ) |
| | ) |
| Plaintiffs in Interpleader, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL CAR RENTAL, a Delaware Corporation, ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, a Delaware limited liability company d/b/a ENTERPRISE HOLDINGS, EAN HOLDINGS, LLC, a Delaware limited liability company,  CHUBB GROUP OF INSURANCE COMPANIES, HELEN HAYHURST, an individual, SCOTT SCHWEIGHOUSER, an individual, CARMIWEINZWEIG, an individual, MICHAEL CHARLESBARANGER, an individual, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants in Interpleader. | ) |

**NOTICE OF FILING**

| | |
|---|---|
| Michael Joseph Urgo , Jr. | Joel F. Handler |
| URGO *&* NUGENT, LTD. | Attorney at Law |
| Two North LaSalle Street | One East Wacker Drive |
| Suite 1800 | Suite 510 |
| Chicago, IL 60602 | Chicago, IL 60601 |
| murgo@urgoandnugentltd.com | jhandler@handlerlawgroup.com |

Sarah Elizabeth Albrecht
Brown, Udell, Pomerantz & Delrahim, Ltd.
2 N. LaSalle
Suite 1800
Chicago, IL 60602
5albrecs@gmail.com

     YOU ARE HEREBY NOTIFIED that pursuant to the provisions of the Rules of the United States District Court for the Northern District of Illinois, we have on April 28, 2015, filed Defendant in Interpleader, Chubb National Insurance Company's (improperly named as "Chubb Group of Insurance Companies"), ANSWER TO COMPLAINT IN INTERPLEADER, copies of which are attached.

                                                                                                  /s/Stephanie A. Cantrell
                                                                                                     Stephanie A. Cantrell

Schueler, Dallavo & Casieri
233 S. Wacker Drive, Suite 6150
Chicago, IL 60606
(312) 831-1093
scantrell@sdc-atty.com
ARDC: 6228963

## PROOF OF SERVICE BY E-MAIL

The undersigned, a non-attorney, hereby certifies that she served the above described documents by e-mailing copies to the above-named attorneys at the above-stated e-mail addresses at or before 5:00 p.m. on April 28, 2015.

                                                                                        /s/Caitlin Oates

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELEN HAYHURST, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>303 TAXI, LLC and JAROSLAVAS )<br>BIELIAUSKAS, Individually and as )<br>agent of 303 TAXI, LLC, )<br>)<br>Defendants. ) | Court No. 14 CV 2196 |

| |
|---|
| STARNET INSURANCE COMPANY, )<br>BERKLEY RISK ADMINISTRATES )<br>COMPANY, LLC, and YORK RISK )<br>SERVICES GROUP, INC., )<br>)<br>Plaintiffs in Interpleader, )<br>)<br>vs. )<br>)<br>NATIONAL CAR RENTAL, a Delaware )<br>Corporation, ENTERPRISE LEASING )<br>COMPANY OF CHICAGO, LLC, )<br>a Delaware limited liability company d/b/a )<br>ENTERPRISE HOLDINGS, EAN )<br>HOLDINGS, LLC, a Delaware limited )<br>liability company, CHUBB GROUP OF )<br>INSURANCE COMPANIES, HELEN )<br>HAYHURST, an individual, SCOTT )<br>SCHWEIGHOUSER, an individual, )<br>CARMIWEINZWEIG, an individual, )<br>MICHAEL CHARLESBARANGER, )<br>an individual, )<br>)<br>Defendants in Interpleader. ) |

**ANSWER TO COMPLAINT IN INTERPLEADER**

NOW COMES Defendant in Interpleader, Chubb National Insurance Company improperly named as Chubb Group of Insurance Companies, ("Defendant in

Interpleader"), by and through their attorneys, Schueler, Dallavo & Casieri, and as for their Answer to Complaint in Interpleader state as follows:

1. This is an action in Interpleader by Plaintiffs in Interpleader, STARNET INSURANCE COMPANY, BERKLEY RISK ADMINISTRATES COMPANY, LLC, and YORK RISK SERVICES GROUP, INC. for a discharge of Plaintiffs' liability with respect to the policy limits remaining under a policy of insurance issued by STARNET INSURANCE COMPANY under Policy No. CAA6601935. A true and correct copy of the Certificate of Insurance issued to Jaroslavas Bieliauskas and relevant portions of the policy are attached hereto as Exhibit A.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 1.

2. This Court has jurisdiction pursuant 10 28 U.S.Code §1335 and Fed. R. Civ. P. 22.
**ANSWER:** Defendant in Interpleader admits the allegations in paragraph 2.

3. Venue in this jurisdiction is proper pursuant to 28 U.S.Code §1397 because one or more of the claimants, Defendants in Interpleader, reside in the Northern District of Illinois.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 3.

4. Defendants in Interpleader, NATIONAL CAR RENTAL, a Delaware Corporation, ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, a Delaware limited liability company d/b/a ENTERPRISE HOLDINGS, and BAN HOLDINGS, LLC, a Delaware limited liability company are doing business in the Northern District of Illinois.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 4.

5. Defendant in Interpleader, CHUBB GROUP OF INSURANCE COMPANIES, is doing business in the Northern District of Illinois.

**ANSWER:** Defendant in Interpleader admits the allegations in paragraph 5 to the extent it is referring to Chubb National Insurance Company.

6. Defendant in Interpleader, HELEN HAYHURST, resides in the Western District of Michigan.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 6.

7. Defendant in Interpleader, SCOTT SCHWEIGHOUSER, resides in the Northern District of Illinois.

**ANSWER:** Defendant in Interpleader admits the allegations in paragraph 7.

8. Defendant in Interpleader, CARMI WEINZWEIG, resides in the Northern District of Illinois.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 8.

9. Defendant in Interpleader, MICHAEL CHARLES BARANGER, resides in the Central District of California.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 9.

10. STARNET INSURANCE COMPANY issued a policy of insurance (the "Policy") to Jaroslavas Bieliauskas under Policy No. CAA6601935 for the time period January 1, 2013 to January 1, 2014 with a combined single limit of $350,000.00 subject to the Illinois Safety Responsibility Law which requires that STARNET INSURANCE COMPANY first provide separate limits as follows: (a) $20,000.00 for "bodily injury" to any one person caused by any one "accident," (b) $40,000.00 for "bodily injury" to two or more persons caused by any one "accident," and (c) $15,000.00 for "property damage" caused by any one "accident." A true and correct copy of the Certificate of Insurance

issued to Jaroslavas Bieliauskas and relevant portions of the policy are attached hereto as Exhibit A, See pgs. 1 and 22.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 10.

11. The policy further provides that the limits of liability coverage are at least: "a. $100,000.00 for "bodily injury" to any one person caused by one "accident," b. $300,000.00 for "bodily injury" to two or more persons caused by any one "accident," and c. $50,000.00 for "property damage" caused by any one "accident." Ex. A at pg. 22.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 11.

12. The policy provides that:
> Regardless of the number of covered "autos," "insureds," premiums paid, claims made, or vehicles involved in the "accident," the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations. Ex. A at pg. 12.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 12.

13. The Limits Limit of Insurance for Liability Coverage shown in the Declarations is $350,000.00.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 13.

14. Defendant in Interpleader, HELEN HAYHURST, filed a lawsuit in the United States District Court in the Northern District of Illinois, against Jaroslavas Bieliauskas seeking damages for personal injury she allegedly suffered as a result of a car accident which occurred on southbound Interstate 294 at or near mile marker 41, County of Cook, State of Illinois on June 10, 2013 and styled: Helen Hayhurst v. 303 Taxi and Jaroslavas

Bieliauskas , individually and as agent of 303 Taxi, LLC, Court No. 13-cv-2196; She has made a demand for $300,000.00.

**ANSWER:** Defendant in Interpleader admits the allegations in paragraph 14 to the extent Helen Hayhurst filed a lawsuit, but the Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 14.

15. Defendant in Interpleader, NATIONAL CAR RENTAL, has submitted a claim for property damage as a result of the accident against the Policy in the amount of $19,549.09.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 15.

16. Defendant in Interpleader, CHUBB GROUP OF INSURANCE COMPANIES, has submitted a claim for property damage as a result of the accident against the Policy in the amount of $30,686.50.

**ANSWER:** Defendant in Interpleader admits the allegations in paragraph 16 to the extent it is referring to Chubb National Insurance Company.

17. Defendant in Interpleader, CARMI WEINZWEIG, has submitted a claim for personal injury as a result of the accident against the Policy in an undetermined amount.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 17.

18. SCOTT SCHWEIGHOUSER and MICHAEL CHARLES BARANGER have potential claims for personal injury as a result of the accident against the Policy

**ANSWER:** Defendants in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 18.

19. The value of the current and potential claims against the Policy exceed the total limit of the Policy.

**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 19.

20. Plaintiffs advised Defendants that the completing claims exceed the total limit of the Policy. True and correct copies of the letters sent by Plaintiffs to Defendants on various dates are attached hereto as Exhibit B.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 20.

21. Given the competing claims and potential claims for funds under the Policy, Plaintiffs cannot determine which of the Defendants in Interpleader are entitled to the benefits of the Proceeds of the Policy or how to apportion these proceeds among the Defendants.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 21.

22. Plaintiffs are disinterested stakeholders regarding the distribution of the funds created by the Policy.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 22.

23. Plaintiffs file this Interpleader action in good faith and without any collusion with any of the parties hereto.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 23.

24. Plaintiffs are prepared to tender to the registry of this Court the sum of Three Hundred Fifty Thousand ($350,000.00) representing the Policy's total damages limit of liability.
**ANSWER:** Defendant in Interpleader lacks knowledge or information sufficient to form a belief about the truth of the allegation in paragraph 24.

                                        Respectfully Submitted,

                                        ___/s/Stephanie A. Cantrell____
                                        Stephanie A. Cantrell

Schueler, Dallavo & Casieri
233 South Wacker Drive, Suite 6150
Chicago, Illinois 60606
(312) 831-1090
scantrell@sdc-atty.com
ARDC No. 6228963